# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DONALD FRAZIER, JR                                                  PLAINTIFF

v.                      No. 4:23-cv-356-DPM

JEFFERSON COUNTY, ARKANSAS,
a public Body Corporate and Politic, *et al.*        DEFENDANTS

## ORDER

Defendants' motion to stay, *Doc. 4*, is granted. The Court must screen the case and will do so in due course. 28 U.S.C. § 1915(e)(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 April 2023