IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONALD FRAZIER, JR.**                                                                                  **PLAINTIFF**

v.                              No. 4:23-cv-356-DPM

**JEFFERSON COUNTY, ARKANSAS;
LAFAYETTE WOODS. JR., Individually
and In His Official Capacity as the
Sheriff of Jefferson County, Arkansas; and
SHELL BRADLEY, MICHAEL MUSGROVE, and
SAMUEL BAKER, Lt., Each Individually and
in their Official Capacities**                                                      **DEFENDANTS**

## ORDER

Rule 26(f) report, *Doc. 12*, and notice, *Doc. 13*, appreciated. The Court prefers its trial date. A Final Scheduling Order will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 May 2024