IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONALD FRAZIER, JR., a/k/a Donald
Muhammad                                                                                          PLAINTIFF

v.                                      No. 4:23-cv-356-DPM

JEFFERSON COUNTY, ARKANSAS;
LAFAYETTE WOODS, JR., Individually
and In His Official Capacity as the Sheriff
of Jefferson County, Arkansas;  and
DOES, SHELL BRADLEY, MICHAEL
MUSGROVE, and SAMUEL BAKER, Lt.,
Each Individually and In Their Official
Capacities                                                                                         DEFENDANTS

## ORDER

For good cause, the Final Scheduling Order, *Doc. 15*, is modified as specified:

- Discovery cutoff extended to 12 September 2025;  and
- Dispositive and *Daubert* motions due by 27 October 2025.

All other deadlines in the Final Scheduling Order remain the same. Defendants' lawyer must send another copy of the initial disclosures directly to Frazier's lawyer.  Max Sprinkle must enter his appearance as Frazier's lawyer by 23 July 2025.  The lawyers must meet in person as soon as practicable—no later than the end of this week—to map out

–2–

their plan for completing discovery by the September deadline. Discovery dispute, *Doc. 22*, resolved.

    So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

<u>22 July 2025</u>