IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONALD FRAZIER, JR., a/k/a Donald
Muhammad                                                          PLAINTIFF

v.                              No. 4:23-cv-356-DPM

BRADLEY SHELL and MICHAEL
MUSGROVE, Individually                                      DEFENDANTS

### ORDER

The defendants' motion *in limine*, *Doc. 51*, is partly granted and partly denied as specified.

*

### 1.    Deputy Shell's "Trayvon Martin" Threat

Denied.  It's an opposing parties' statement, Fed. R. Evid. 801(d)(2), relevant to the circumstances, *Barnes v. Felix*, 605 U.S. 73, 76 (2025), and not unfairly prejudicial.  Fed. R. Evid. 403.

### 2.    PTSD and Other Similar Medical Conditions

Partly granted and partly denied.  Frazier can't testify to potential damages he didn't disclose in discovery.  Fed. R. Civ. P. 26(a)(1)(A)(iii). Caveat:  "A compensatory damage award for emotional distress may be based on a plaintiff's own testimony." *Bennett v. Riceland Foods, Inc.*, 721 F.3d 546, 552 (8th Cir. 2013).  Frazier can testify about his alleged

emotional distress.  But he isn't a doctor;  so he can't self-diagnose any medical condition, such as PTSD.

### 3.    Permanent Injuries and Future Pain and Suffering

Partly granted and partly denied.  Again, Frazier can only testify about matters he provided in discovery,  Fed. R. Civ. P. 26(a)(1)(A)(iii), and can't say whether any non-obvious injury is permanent or predict how it will affect him in the future.  He has to establish permanent injuries with reasonable certainty.  *Handy Dan Home Improvement Center, Inc.-Arkansas v. Peters*, 286 Ark. 102, 104, 689 S.W.2d 551, 552 (1985).  Frazier can rely on lay testimony (from others and himself) about diagnosed injuries and past suffering for these issues. *Volunteer Transport, Inc. v. House*, 357 Ark. 95, 103–04, 162 S.W.3d 456, 461 (2004);  *McGraw v. Jones*, 367 Ark. 138, 146–47, 238 S.W.3d 15, 21–22 (2006).  And counsel can argue the inference that his pain and suffering will continue.  HOWARD W. BRILL & CHRISTIAN H. BRILL, ARKANSAS LAW OF DAMAGES § 29:2 (Nov. 2025 update).  But the Court will decide before submission whether Frazier has created jury questions here.

–3–

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 May 2026