**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DONALD FRAZIER, JR., a/k/a Donald
Muhammad**                                                          **PLAINTIFF**

**v.**                          **No. 4:23-cv-356-DPM**

**BRADLEY SHELL and MICHAEL
MUSGROVE, Individually**                                      **DEFENDANTS**

**ORDER**

1.      **Schedule**.  Counsel must meet in the courtroom at 10:00 a.m. on Monday, 15 June 2026 to review and stipulate to exhibits.  The Court will hold a pretrial from 11:00 a.m. until 12:00 p.m.  We'll start with the *venire* at 1:00 p.m.  We will pick the jury, do preliminary instructions, and open Monday afternoon.  We'll start the proof at 8:30 a.m. Tuesday.

2.      **Jury Instructions**.    The Court is attaching its current working drafts of (1) the *voir dire*, (2) the preliminary instructions, and (3) the final instructions, which include the verdict forms.  Please file any suggested changes or objections by Friday, 5 June 2026.

3.      **Witnesses and Exhibits**.    Submit your lists of potential witnesses and exhibits using the Court's forms to chambers by 1:30 p.m. on Wednesday, June 10th.  Two bound sets of exhibits (one original and one copy), plus a digital copy of all exhibits, should be submitted to chambers on that date, too.  Video and audio exhibits must be in

.mp3 or .mp4 format.  If the parties plan to use electronic exhibits, they should have paper copies available as a fall-back.  Contact the Courtroom Deputy to test technology in advance of the trial.

4.      *Voir Dire*.  The Court will conduct the basic questioning, with ten minutes of follow-up by each side.  Please focus your questioning.  *Voir dire* is not a time to explain the law or the burden of proof, to explain what the case is about, to seek commitments, or to pump the potential jurors full of fairness.  Instead, please ask lean questions about potential jurors' experiences and views to ferret out bias.  If the parties would prefer to have the Court ask certain questions, please submit them to chambers for consideration by June 5th with any comments on the draft instructions.

5.      **Openings and Closings**.  Fifteen minutes a side for opening. Twenty minutes a side for closing.

6.      **Proof**.  Each side will have five hours to present their evidence.  All direct and cross examination counts against your time. The time spent handling objections will be charged to the objecting party.  Juror questions, and the related conferences, will be charged to the Court.  (Note the jury instruction about juror questions, too.)

7.      **Objections**. Avoid speaking objections during the trial. A word or two will do.  If the Court needs to hear more, then the Court will call counsel forward for a bench or hall conference.

–2–

−3−

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

<u>29 May 2026</u>