

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 1 7 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DONALD FRAZIER, JR., a/k/a Donald
Muhammad                                                          **PLAINTIFF**

v.                            No. 4:23-cv-356-DPM

JEFFERSON COUNTY, ARKANSAS;
LAFAYETTE WOODS, JR., Individually
and In His Official Capacity as the Sheriff
of Jefferson County, Arkansas;  BRADLEY
SHELL, Individually and In His Official
Capacity;  MICHAEL MUSGROVE,
Individually and In His Official Capacity;
SAMUEL BAKER, Lt., Individually and In
His Official Capacity;  and DOES,
Individually and In His Official Capacity
as the Jail Administrator of the W.C.
"Dub" Brassell Adult Detention Center
and 1–10 John and Jane, Individually and
In Their Official Capacities                              **DEFENDANTS**

## JUDGMENT

Frazier's claims are dismissed with prejudice.  The Court retains
jurisdiction until 11 August 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_17 June 2026_